# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-1342 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Employers Ins. Co. of Wausau

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

s/ E. Ford Stephens
(signature)

E. Ford Stephens                             (804) 697-4124
Name (printed or typed)                      Voice Phone

Christian & Barton, LLP                      (804) 697-6112
Firm Name (if applicable)                    Fax Number

909 E. Main Street, Suite 1200

Richmond, VA 23219                           estephens@cblaw.com
Address                                      E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on April 5, 2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Mr. Eugene C. Miller<br>WEINER, SPIVEY & MILLER, PLC<br>Suite B6<br>10605 Judicial Drive<br>Fairfax, VA 22030 | Mr. Justin W. Ward<br>Sands Anderson, PC<br>1111 East Main Street, Suite 2400<br>Richmond, Virginia 23219 |

s/ E. Ford Stephens                          April 5, 2017
Signature                                    Date

01/19/2016 SCC