FILED: June 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1342 (L)
(1:16-cv-00355-GBL-TCB)

_____

BRUCE LEVINE, Administrator of the Estate of Carlos Bolanos Castillo, deceased

   Plaintiff - Appellant

 and

MARCO A. GABARETTE

   Plaintiff

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU

   Defendant - Appellee

 and

JESSICA LYNN COBLE; PURNELL FURNITURE SERVICES, INC.; PENSKE TRUCK LEASING COMPANY, INCORPORATED

   Defendants

-------------------------------

VIRGINIA TRIAL LAWYERS ASSOCIATION

   Amicus Supporting Appellant

_____

O R D E R

_____

Virginia Trial Lawyers Association has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk